FILED
June 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002740439

JESSICA A. DORN SBN 251051
LAW OFFICES OF MARK S. NELSON
215 McHenry Avenue
Modesto, CA 95354
Telephone: (209) 529-0995
Facsimile: (209) 529-6207

**Attorneys Debtors,**
Ronald W. Morris and Christine L. Morris

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# MODESTO DIVISION

IN RE:

RONALD W. MORRIS and
CHRISTINE L. MORRIS
    Debtor.

: Case No. 10-92465
: Chapter 7
:
: Date: **August 11th 2010**
: Judge: **Ronald H. Sargis**
: Time: **10:30am**
: Place: **1200 I Street Suite 4**
:         **Modesto, CA**

## MOTION TO ABANDON PERSONAL PROPERTY-DEBTOR'S BUSINESS

Debtors, Ronald and Christine Morris, hereby requests, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtor's business, a sole proprietorship know as "Ron Morris Performance", for the reason set forth in the declaration of the debtors' filed concurrently herewith.

Dated: June 28th 2010

Motion to Abandon Personal Property

THE LAW OFFICES OF MARK S. NELSON

                                            /S/   Jessica A. Dorn

                                        JESSICA A. DORN, ESQ.
                                        Attorney for Ronald and
                                                Christine Morris

Motion to Abandon Personal Property